1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MARTIN MIRANDA,<br><br>    Plaintiff,<br><br> v.<br><br>R. K. SWIFT, et al.,<br><br>    Defendants. | Case No. 17-04000 BLF (PR)<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 44) |

   Plaintiff, a California inmate, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. On October 31, 2017, the Court issued an order of service. (Docket No. 12.) On January 30, 2018, Defendants filed a motion to dismiss. (Docket No. 32.) Plaintiff has filed a motion requesting a sixty-day extension of time to file an opposition. (Docket No. 44.) Plaintiff declares that he did not receive the Court's order dated August 28, 2018, until September 10, 2018, and therefore needs additional time to prepare an opposition. (*Id.*) Having shown good cause, Plaintiff's motion for an extension of time to file an opposition is **GRANTED IN PART**. Plaintiff shall file an opposition **no later than October 30, 2018**, which is a thirty-five (35) day extension of the previous due date of September 25, 2018. Defendants shall file a reply **within fourteen (14) days** after

Plaintiff's opposition is filed.

This order terminates Docket No. 44.

**IT IS SO ORDERED.**

Dated: October 1, 2018

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge