1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JERRY MARTIN MIRANDA, | Case No. 17-04000 BLF (PR) |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION** |
| v. | |
| R. K. SWIFT, et al., | |
| Defendants. | (Docket No. 51) |

Plaintiff, a California inmate proceeding *pro se*, filed a first amended civil rights complaint pursuant to 42 U.S.C. § 1983. (Docket No. 40.) The Court screened the amended complaint at Defendants' request, and directed Plaintiff to file an opposition to Defendants concurrent motion to dismiss. (Docket No. 43.) Plaintiff has filed a motion requesting an extension of time to file an opposition because he was transferred to another institution. (Docket No. 51.)

Having shown good cause, Plaintiff's motion is **GRANTED**. Plaintiff shall file an opposition **no later than December 30, 2018**. Defendants shall file a reply **within fourteen (14) days** after Plaintiff's opposition is filed. This being Plaintiff's third request for an extension of time, no further extensions shall be granted.

Order Granting Plaintiff's Motion for Extension of Time to File Opposition
p:\pro-se\blf\cr.17\04000miranda_eot4-opp.docx

This order terminates Docket No. 51.

**IT IS SO ORDERED.**

Dated: December 10, 2018

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge