UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MARTIN MIRANDA,<br>　　　　Plaintiff,<br>　　v.<br>R. K. SWIFT, et al.,<br>　　　　Defendants. | Case No. 17-04000 BLF (PR)<br><br>**JUDGMENT** |

The Court has granted Defendants' motions to dismiss and dismissed all claims in this action.  Judgment is entered accordingly.

**IT IS SO ORDERED.**

**Dated:  __November 2, 2020_____**　　　　　　　　_/s/ Beth Labson Freeman_
　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.17\04000Miranda_judgment